# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

## BEFORE HONORABLE DANIEL R. DOMINGUEZ

**MINUTES OF PROCEEDINGS**                    DATE: August 17, 1999

**CIVIL NO. 97-2858 (DRD)**

**COURTROOM DEPUTY: Janet GONZALEZ**

===========================================================================

CARMEN LOPEZ GARCIA, et al.                    ATTORNEYS: Dennis SIMMONPIETRI

   Plaintiffs

   v.

THE UNITED STATES OF AMERICA                    AUSA: Lisa BATHIA

   Defendant

===========================================================================

The Court met with the parties in chambers for a Pretrial Conference. The Court advises counsel that a determination must be made if this case is cognizable under FTCA.

The Court states that the Pretrial Conference is premature in light of what has been discussed today. The defendant is granted twenty (20) days to evaluate the case and inform if they insist on their Motion To Dismiss, Dkt. No. 14.

Defendant states that to the best of his knowledge all discovery has been produced, but if plaintiff believes that discovery is still pending to submit a letter itemizing the documents still outstanding. Plaintiff is granted ten (10) days to amend the Pretrial Order, notify the same and prepare a 311 letter itemizing the documents still owed by defendant and which were timely notified.

The Court grants the parties thirty (30) days to meet and discuss if a tort of illegal search and seizure exists. The parties are also instructed to discuss the facts and try to stipulate as much as possible.

Once the related criminal case is over, the Court will proceed to unseal this case.

A Status Conference is set for **October 18, 1999 at 4:00 P.M.**

_____
COURTROOM DEPUTY

s/c: Counsel of record.

