UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

BEFORE HONORABLE **DANIEL R. DOMINGUEZ**

**MINUTES OF PROCEEDINGS**  DATE: October 18, 1999

CIVIL NO. 97-2858 (DRD)

COURTROOM DEPUTY: Janet **GONZALEZ**
==================================================================

CARMEN LOPEZ GARCIA, et al.                    ATTORNEYS: Dennis SIMONPIETRI

   Plaintiffs

v.

THE UNITED STATES OF AMERICA                   AUSA: SANTOS MIMOSO

   Defendant
==================================================================

   FURTHER STATUS CONFERENCE is held in chambers.

   Government's Motion to withdraw their Motion to Dismiss, Dkt. No. 21 is granted; Dkt. No. 14 is no longer pending.

   Plaintiff's Motion to amend the complaint (Dkt. No. 17) is granted; the Answer (Dkt. No. 18) is authorized.

   The Court **grants** plaintiff's petition to **unseal** criminal cases 95-202MA, 95-202B and 95-002-(13) to the extent that counsel may examine them for discovery purposes only.

   The defendant is granted **twenty (20) days** to produce the documents requested in a Local Rule 311.11 letter dated August 23, 1999. If documents are not produced, the Court will sanction the government accordingly.

   The Court grants the parties sixty (60) days, until **December 15, 1999**, to conclude all discovery.

   A joint Pretrial Order shall be filed by **December 23, 1999**. A final Pretrial/Settlement Conference is set for **December 29, 1999 at 4:00 P.M.** Trial date will be set for January 2000.

                                                          _____
                                                          COURTROOM DEPUTY

s/c: Counsel of record.
     Laura Rivera, Op. Manager

