UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Plaintiff(s) Carmen López García, et al.    CIVIL NO. 97-2858 (DRD)

v.

Defendant(x) The United States of America

| MOTION | ORDER |
|---|---|
| Docket entry no. 24 | ☐ GRANTED. |
| Date: December 23, 1999 | ☐ DENIED. |
| Title: Unopposed Motion for Change of Date | ☐ MOOT. |
| | ☐ NOTED. |

GRANTED. The Pre-trial/Settlement Conference is reset to January 13, 2000 at 4:30 pm. The parties are to come fully prepared to settle this case, including authorization or immediate means to obtain necessary authorization.

IT IS SO ORDERED.

*RECEIVED AND FILED 99 DEC 28 PM 3:33 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, PR*

IT IS SO ORDERED.

Date: December 28, 1999.

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE

25