UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

BEFORE HONORABLE **DANIEL R. DOMINGUEZ**

**MINUTES OF PROCEEDINGS**                    DATE: January 13, 2000

**CIVIL NO. 97-2858 (DRD)**

COURTROOM DEPUTY:  Janet **GONZALEZ**

===================================================================
CARMEN LOPEZ GARCIA, et al.                ATTORNEYS: D. SIMMONPIETRI

   Plaintiffs

   v.

THE UNITED STATES OF AMERICA                AUSA: SANTOS MIMOSO

   Defendant
===================================================================

   PRETRIAL/SETTLEMENT CONFERENCE is held in chambers.  Parties inform that settlement is not viable at this time.

   Plaintiff's counsel informs he went to the Clerk's Office to review the sealed files he requested for discovery purposes and were not there.  There is a possibility that these files are still at the Magistrate's Office.  Hence, the Court authorizes attorney Simonpietri to continue his search in US Magistrate-Judge Castellano's office and have access to the files previously requested.

   AUSA-Santos states that the documents requested by plaintiff and mentioned at page 50 of the Pretrial Order are not in the U. S. Attorney's Office.

   At request of plaintiff a further Settlement Conference is set for **August 1, 2000 at 5:00 P.M.**  The Court urges counsel to continue with settlement negotiations.

   **Non-jury Trial is set for August 14, 2000 at 9:00 A.M.**

COURTROOM DEPUTY

s/c: Counsel of record.