UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**                    DATE: JULY 27, **2000**

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY:  Lily **ALICEA**              **CASE NO. CIVIL 97-2858**

================================================================

CARMEN LOPEZ GARCIA                          Attorneys:
                                             For Plaintiffs:

            VS
                                             For Defendant:
THE UNITED STATES OF
AMERICA

================================================================

In view of the fact that this case has been recently transferred to Judge Garcia Gregory the Non Jury trial scheduled for August 14, 2000 by Judge Dominguez is hereby vacated and set aside as well as the settlement conference set for August 1, 2000. Instead a settlement conference will be held on August 14, 2000 at 10:00 AM before Judge Garcia.  Parties to be notified.


                                        _____
                                              LILY ALICEA
                                           COURTROOM DEPUTY