# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

DATE: July 26, 2000

CARMEN LOPEZ-GARCIA, et al.

   Plaintiffs

v.

CIVIL NO. 97-2858 (DRD)

UNITED STATES OF AMERICA

   Defendants

---

**BY ORDER OF THE COURT**, this case has been transferred to the docket of Honorable Judge Jay García. Hence, the Settlement Conference scheduled for August 1, 2000 before Judge Domínguez is vacated and set aside.

_____
Courtroom Deputy

PARTIES NOTIFIED:

Dennis A. Simonpietri, Esq.
AUSA-Santos Mimoso