IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

CARMEN LOPEZ-GARCIA,

Plaintiff

v.                              CIVIL NO. 97-2858(JAG)

UNITED STATES OF AMERICA,

Defendant

## ORDER

This magistrate disqualifies from further procedures in this case. See paragraph seven of the complaint.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 15th day of August, 2000.

J. ANTONIO CASTELLANOS
UNITED STATES MAGISTRATE JUDGE

AO 72
(Rev 8/82)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

CARMEN LOPEZ-GARCIA

    Plaintiff

CIVIL NO. 97-2858 (JAG)

v.

UNITED STATES OF AMERICA,

    Defendant

### MEMORANDUM OF THE CLERK

Pursuant to order of disqualification filed by Magistrate-Judge Jesus A. Castellanos dated August 15, 2000, this case was reassigned to Magistrate-Judge Aida Delgado-Colón.

In San Juan, Puerto Rico, this 17th day of August, 2000.

    FRANCES RIOS DE MORAN, ESQ.
    Clerk of Court

    By:   José M. Morales, Chief Deputy