IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

CARMEN LOPEZ-GARCIA
    Plaintiff

v.

UNITED STATES OF AMERICA
    Defendant

Civil No. 97-2858(JAG)

## STATUS CONFERENCE REPORT AND ORDER

On January 10, 2000, the parties submitted a joint pretrial report wherein the factual scenario, issues in dispute and summary of the evidence available to the parties is outlined (**Docket No. 26**). The report reflects that plaintiff has presented defendant a settlement demand. The record further reflects that settlement conferences have been held on January 13, 2000, and August 14, 2000 (**Docket Entries No. 27 and 31**).

This case was referred "for evaluation and mediation" (**Docket No. 31**). Accordingly, the parties are now instructed as follows:

1. The defendant, United States of America, will satisfy, if still pending, plaintiff's discovery requests as reflected at page 50 of the pretrial memorandum (**Docket No. 26**).

2. Plaintiff will submit to defendant a revised settlement demand **no later than September 8, 2000**.

3. Defendant will respond to plaintiff's settlement demand and/or must be in a position to make a counter-offer **on or before September 22, 2000**.



Civil No. 97-2858(JAG)                                             Page No. 2

**A Settlement Conference is set for September 26, 2000, at 11:00 AM.**

**SO ORDERED.**

At San Juan, Puerto Rico, this 29th day of August, 2000.

*[signature]*
AIDA M. DELGADO-COLON
U.S. Magistrate-Judge

AO 72A
(Rev.8/82)