IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **CARMEN LOPEZ-GARCIA ET AL**<br>Plaintiffs | Civil No. 97-2858(JAG) |
| v. | |
| **UNITED STATES OF AMERICA**<br>Defendant | |

### SETTLEMENT CONFERENCE REPORT AND ORDER

At the Settlement Conference held on September 27, 2000, the plaintiffs appeared personally and also represented by Attorney Dennis A. Simonpietri. The defendant, the United States of America, appeared represented by Assistant U.S. Attorney Javier Santos-Mimosa.

The settlement negotiations were initially conducted through the attorneys. Thereafter, this Magistrate-Judge met with all three plaintiffs and questioned them in regards to the facts and extent of damages claimed. Mediation efforts resulted in the parties' compromise to go to their clients with a proposed settlement offer and seek their approval.

On October 19, 2000, this Magistrate-Judge met once again with the attorneys for the parties. The government rejected plaintiffs' settlement demand. At this stage the parties are quite distant from a possible agreement.

Inasmuch as discovery has been completed and there are no pretrial motions pending, the parties are ready for trial. **The parties request that a trial date after January 2001 be set.**




Civil No. 97-2858(JAG)     Page No. 2

The parties were notified that were they to consent to the Magistrate-Judge's trial jurisdiction, such notice had to be filed in writing.

**SO ORDERED.**

At San Juan, Puerto Rico, this 8th day of November, 2000.

*[signature]*
AIDA M. DELGADO-COLON
U.S. Magistrate-Judge