IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

CARMEN LOPEZ GARCIA, ET AL

**Plaintiff(s)**

v.                                    **CIVIL NO.** 97-2858 (JAG)

UNITED STATES OF AMERICA

**Defendant(s)**

---

## ORDER

The Court hereby schedules a Pre-Trial and Settlement Conference on **June 28, 2001 at 4:00 p.m.** Counsel for the parties shall have their respective principals available *throughout the duration of the Conference* for settlement negotiation and approval purposes. Should settlement efforts fail to bear fruit, the Court will schedule trial (at the conclusion of the Conference) during the month of July, 2001.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 5th day of June, 2001.

JAY A. GARCIA-GREGORY
U.S. District Judge


