## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

CARMEN LOPEZ GARCIA, ET AL

**Plaintiff(s)**

**v.**

UNITED STATES OF AMERICA

**Defendant(s)**

CIVIL NO.    97-2858 (JAG)

———————————————————

## SETTLEMENT CONFERENCE REPORT

On **June 28, 2001**, the Court met with the parties for a settlement conference.

Following negotiations, the parties have reached a tentative settlement.  The parties shall inform the Court whether the settlement is final by **July 6, 2001**.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 3rd day of July, 2001.

JAY A. GARCIA-GREGORY
U.S. District Judge