IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

CARMEN LOPEZ GARCIA, et al

**Plaintiff(s)**

v.                                           CIVIL NO.   97-2858 (JAG)

UNITED STATES OF AMERICA

**Defendant(s)**

## JUDGMENT

Upon Stipulation for Compromise Settlement (Docket #41), the Complaint is dismissed with prejudice.

This case is now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 16th day of August, 2001.

JAY A. GARCIA-GREGORY
U.S. District Judge